July 18, 1977.

M. P. No. 76-108. JOHN E. PEARSON et al. v. OLD STONE SAVINGS BANK et al. The defendants' motion for an extension of time until July 27, 1977, to file their brief is granted. *Frank Licht, Richard Licht,* for petitioner. *Peter J. McGinn,* for defendant.

M. P. No. 77-1. VISION CABLE COMPANY OF RHODE ISLAND, INC. v. ARCHIE SMITH, *Administrator.* The motion of Vision Cable Company of Rhode Island, Inc. that the time for filing its brief be stayed until the time when the briefs are filed by all other parties is granted. *Philip R. De Sano,* Com-Cable, Inc., for petitioner. *J. Frederick Murphy, David B. Loveli, Paul E. Burke, Geo. C. Berk, Louis Jackvony, William Harsch, Chas. J. McGovern, Dennis Roberts II, Daniel Murray, Wm. McGair, Harold W. Demopulos, Max Wistow, Julius Michaelson,* for defendant.

M. P. No. 77-188. THE BENDIX CORPORATION, FRAM CORPORATION AND CAMPBELL FILTER COMPANY v. JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari is granted and the writ shall issue forthwith.

The parties are directed to argue the issue, among the other issues presented in this case, as to whether the petition in this case was filed within the time set forth by the statute. General Laws 1956 §42-35-16. *Hinckley, Allen, Salisbury & Parsons,* for The Bendix Corporation, petitioner. *Perry Shatkin, John H. Norberg,* Tax Administrator, defendant.

M. P. No. 77-192. JOHN A. ROZES et ux. v. DANIEL J. SMITH et al. Petition for writ of certiorari is granted and the writ shall issue forthwith. *Francis J. Boyle, Laurent L. Rousseau,* for petitioner. *William W. Corcoran,* for defendant.